## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

The Cincinnati Casualty Company
Plaintiff,

v.                                                              Case No.: 1:22−cv−00252−MSM−PAS

Southern Mechanical LLC d/b/a Energy−One
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. All factual discovery shall be completed by February 3, 2023

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by March 3, 2023

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by April 3, 2023

4. All expert discovery shall be completed by May 3, 2023

5. Dispositive motions shall be filed by June 5, 2023

The parties shall add any known additional defendants or third−party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

<u>It is so ordered</u>.

August 3, 2022                                         By the Court:

                                                                                /s/ Mary S. McElroy
                                                                                United States District Judge

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Carrie Potter 401−752−7204