JSD:lmc 22-211

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE CINCINNATI CASUALTY COMPANY  :
6200 South Gilmore Road  :
Fairfield, OH  45014  :
   :
VS.  :   C.A. NO.:  1:22-cv-00252
   :
SOUTHERN MECHANICAL, LLC d/b/a  :
ENERGY-ONE  :
197 James P. Murphy Highway  :
West Warwick, RI  02893  :

## DISMISSAL STIPULATION

*In the above-entitled matter, it is agreed that the following entry be made:*

All claims of all parties are hereby dismissed with prejudice, no interest, no costs.

_____
Mark A. Fay, Esquire (#4208)
Murphy & Fay, LLP
*Attorneys for Plaintiff*
127 Dorrance Street, 2nd Floor
Providence, RI  02903
(401) 490-3200
(401) 490-3207 (fax)
*mark@murphyandfay.com*

_____
James S. D'Ambra, Esquire (#5064)
RICE DOLAN & KERSHAW
*Attorneys for Defendant*
72 Pine Street, Suite 300
Providence, RI 02903
(401) 272-8800
(401) 421-7218 (fax)
*jdambra@ricedolan.com*

and
_____
George J. Matz, Esquire
Law Offices of Robert A. Stutman, P.C.
500 Office Center Drive, Suite 301
Fort Washington, PA 19034
(215) 283-1177
(215) 283-1188 (fax)
*Matzg@stutmanlaw.com*

Dated: 6/14/23